**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERSERVE INC,                                         No. C-09-05812 JCS

        Plaintiff(s),                              NOTICE OF IMPENDING
                                    REASSIGNMENT TO A UNITED
    v.                                                 STATES DISTRICT COURT JUDGE

FUSION GARAGE PTE LTD,

        Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

      [X]  One or more of the parties has requested reassignment to a United States District Judge

or has not consented to the jurisdiction of a United States Magistrate Judge, or

      [] One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

      ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated:  December 18, 2009

                               Richard W. Wieking, Clerk
                               United States District Court

                               _Karen L. Hom_
                               By: Karen L. Hom
                               Deputy Clerk

cc: Intake