| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco Ca 94111 | 415.591.1000<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:
INTERSERVE, et.al V FUSION GARAGE PTE

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 070314 | | | | CV09 5812 |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I RECORDED AT THE COUNTY RECORDER THE FOLLOWING DOCUMENTS

   SUMMONS IN A CIVIL ACTION
   COMPLAINT FOR VIOLATION OF THE LANHAM ACT, BREACH OF FIDUCIARY DUTY, MISAPPROPRIATION OF BUSINESS IDEAS, FRAUD AND DECEIT, AND UNFAIR COMPETITION
   DEMAND FOR JURY TRIAL
   ECF REGISTRATION INFORMATION HANDOUT
   U.S. DISTRICT COURT GUIDELINES
   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

2. a. PARTY SERVED: Mr. Chandrasekar Rathakrishnan
      Fusion Garage Pte. Ltd.
      Description: Middle Eastern, Male, 5'7, 170lbs, Brwn Hair, 35-40yr

   b. PERSON SERVED: Mr. Chandrasekar Rathakrishnan
      Fusion Garage Pte. Ltd.
      Description: Middle Eastern, Male, 5'7, 170lbs, Brwn Hair, 35-40yr

   c. ADDRESS: 333 West San Carlos St.
      Suite 900
      San Jose Ca 95110

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 12/18/09 AT 2:07PM

5. PERSON SERVING: Gina McCall           FEE FOR SERVICE:$   95.00

Legal Pursuit, Inc.                      d. Registered California process server
22 West St. John St., SJ                 (1) [ ] Employee or [ X ] Independent Contractor
San Jose, CA 95113                       (2) Registration No. 922
408-288-4105 FAX 408-885-9577            (3) County: SANTA CLARA
                                         (4) Expiration: 2010

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/18/09                      >
       CONFORMS WITH JUDICIAL COUNCIL FORM # 982     SIGNATURE